■ In the Matter of JOHN J. BOYLE, Appellant, v ANN J. BOYLE, Respondent.—In a proceeding pursuant to section 651 of the Family Court Act, petitioner appeals from (1) an order of the Family Court, Suffolk County, entered October 3, 1977, which, after a hearing, *inter alia,* dis-

missed his petition for custody of his daughter and (2) a further order of the same court, dated September 20, 1977, which, *inter alia,* denied his motion to set aside the decision made after the hearing. Appeal from the order dated September 20, 1977 dismissed, without costs or disbursements (see *Matter of Aho,* 39 NY2d 241, 248). Order entered October 3, 1977 affirmed, without costs or disbursements, and without prejudice to petitioner instituting a new custody proceeding in the Family Court, inasmuch as this court was informed, on oral argument, that the subject infant was now living in a foster home. Latham, J. P., Damiani, Margett and Hawkins, JJ., concur.